BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP  BDFTE# 00000001366996
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(972) 341-0500

Attorney for PNC MORTGAGE, A DIVISION OF PNC BANK, NA SUCCESSOR TO NATIONAL CITY BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-35705-SGJ-13 |
| | § | |
| AMY GOLDBLATT HOWARD, | § | |
| Debtor | § | CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PNC MORTGAGE, A DIVISION OF PNC BANK, NA SUCCESSOR TO NATIONAL CITY BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST (hereinafter "Creditor"), a secured creditor in this bankruptcy case, and files its Objection to Confirmation of the Debtor's Chapter 13 Plan. In support thereof, Creditor would allege as follows:

I.

Creditor is the secured servicer in this bankruptcy case. On or about March 24, 2005, AMY GOLDBLATT HOWARD and JOHN HOWARD executed a ARM Note payable to NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK OF INDIANA, in the original principal amount of EIGHT HUNDRED NINETY-FOUR THOUSAND NINE HUNDRED DOLLARS AND ZERO CENTS, ($894,900.00). The Note

and Lien were assigned to Creditor. The Note is secured by a first lien Deed of Trust on property described to wit:

> LOT 17, BLOCK B OF THE REPLAT OF VILLAGES OF STONEBRIAR PARK, AN ADDITION TO THE CITY OF FRISCO, COLLIN COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME M, PAGE 390, MAP RECORDS, COLLIN COUNTY, TEXAS.

A copy of the Deed of Trust is attached hereto.

II.

On the date Debtor filed the petition for an Order of Relief, the Note was in default. On or about October 09, 2009, Creditor filed its Proof of Claim for arrears in the amount of $93,873.43 and a principal balance of $894,900.00 with a contract interest rate of 6.000%. A copy of the Proof of Claim is attached hereto.

III.

Debtor's Chapter 13 Plan proposes to pay $61,341.86 over 60 months at 0.000% interest for the pre-petition arrears owing to Creditor. Creditor objects to the proposed treatment because the Plan:

- Fails to satisfy Creditor's Proof of Claim and also fails to pay interest on the arrearage pursuant to the terms of the Note and Deed of Trust and the Supreme Court holding in <u>Nobleman v. American Savings Bank</u>, 113 S. CT. 2106 (1993) and the Fifth Circuit holding <u>In re Cabrera</u>, 99 F.3d 684 (5th Cir. 1996).
- Attempts to modify the rights of Creditor in violation of 11 U.S.C. §1322 (b)(2). Creditor's claim is secured only by a security interest in real property that is the Debtor's principal residence and 11 U.S.C. §1322 (b)(2) prohibits the modification of

Creditor's rights.

- Does not provide for full payment of the Creditor's allowed secured claim.

- Fails to timely cure the default reflected in the Proof of Claim as required in 11 U.S.C. §1322 (b)(5).

IV.

The plan is not feasible. Based on the Debtor's Chapter 13 Plan Summary, Schedules, and other Pleadings on file with this Court, the Debtor will not be able to make all payments under the Plan and to comply with the Plan. Therefore, confirmation should be denied as not meeting the requirements of 11 U.S.C. §1325(a).

WHEREFORE, Creditor prays that this Court deny confirmation of the Debtor's Chapter 13 Plan.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ ABBEY ULSH                              11/20/2009
ABBEY ULSH
TX NO. 24051459
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR CREDITOR

## CERTIFICATE OF CONFERENCE

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, represents the creditor on the foregoing Objection to Confirmation. The undersigned, an attorney, employed by BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP , states that prior to filing the foregoing Objection to Confirmation he/she made a good faith effort to negotiate a settlement of the dispute with Debtor's Counsel, by contacting the Debtor's Counsel on November 03, 2009 at 12:37 pm. Sent letter agreement but received no response. This matter could not be resolved and the filing of the Objection to Confirmation was necessary.

/s/ ABBEY ULSH                     11/20/2009
ABBEY ULSH
TX NO. 24051459
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR CREDITOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2009, a true and correct copy of the Objection to Confirmation of Debtor(s) Chapter 13 Plan was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP.


BY: /s/ ABBEY ULSH                    11/20/2009
    ABBEY ULSH
    TX NO. 24051459
    15000 SURVEYOR BLVD. SUITE 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 341-0502
    E-mail: NDECF@BBWCDF.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
AMY GOLDBLATT HOWARD
5783 VERSAILLES AVE
FRISCO, TX  75034

AMY GOLDBLATT HOWARD
5783 VERSAILLES AVENUE
FRISCO, TX  75034

**DEBTOR'S ATTORNEY:**
HOWARD MARC SPECTOR
12770 COIT ROAD, STE 1100
DALLAS, TX  75251

**TRUSTEE:**
THOMAS DWAIN POWERS
125 E.  JOHN CARPENTER FRWY.,
STE 1100
IRVING, TX  75062