Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA #00787779
SPECTOR & JOHNSON, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380

**ATTORNEY FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Amy Goldblatt Howard** | § | **Case No. 09-35705-SGJ-13** |
| | § | |
| **Debtor.** | § | **(Chapter 13)** |

## RESPONSE TO MOTION OF PNC MORTGAGE, A DIVISION
## OF PNC BANK, N.A. SUCCESSOR TO NATIONAL CITY BANK
## ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST FOR
## RELIEF FROM STAY OF ACTION AGAINST CO-DEBTOR(S)
## PURSUANT TO 11 U.S.C. § 362(a) AND WAIVER OF
## <u>THIRTY DAY REQUIREMENT PURSUANT TO § 362(e)</u>

John Howard (the "Co-Debtor"), hereby files this Response (the "Response") to the

Motion (the "Motion") for Relief from Stay of Action Against Debtor(s) Pursuant to 11 U.S.C. §

362(a) and Waiver of Thirty Day Requirement Pursuant to § 362(e) (the "Movant"). In support

of this Response, the Co-Debtor states:

1.    The Co-Debtor admits the allegations contained in Paragraph 1 of the Motion.

2.    The Co-Debtor admits the allegations contained in Paragraph 2 of the Motion.

3.    The Co-Debtor admits the allegations contained in Paragraph 3 of the Motion.

4.    The Co-Debtor admits the allegations contained in Paragraph 4 of the Motion.

5.    The Co-Debtor admits the allegations contained in Paragraph 5 of the Motion.

6.    The Co-Debtor admits the allegations contained in Paragraph 6 of the Motion.

7.      The Co-Debtor admits the allegations contained in Paragraph 7 of the Motion.

8.      The Co-Debtor admits the allegations contained in Paragraph 8 of the Motion.

9.      The Co-Debtor denies the allegations contained in Paragraph 9 of the Motion.

10.     The Co-Debtor denies the allegations contained in Paragraph 10 of the Motion.

11.     The Co-Debtor denies the allegations contained in Paragraph 11 of the Motion.

12.     The Co-Debtor denies the allegations contained in Paragraph 12 of the Motion.

13.     The Co-Debtor denies the allegations contained in Paragraph 13 of the Motion.

WHEREFORE, PREMISES CONSIDERED, the Co-Debtor requests that the Motion be denied, and that the Co-Debtor be granted all other relief as justice may require.

Dated: December 15, 2009.

Respectfully submitted,


By:      _/s/ Howard Marc Spector_
              Howard Marc Spector
              TBA #00785023
              Nathan M. Johnson
              TBA #00787779

              SPECTOR & JOHNSON, PLLC
              Banner Place, Suite 1100
              12770 Coit Road
              Dallas, Texas 75251
              (214) 365-5377
              FAX: (214) 237-3380

              ATTORNEY FOR THE DEBTOR


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2009 a true and correct copy of the foregoing was served upon the parties listed below via regular mail or electronic means.

              _/s/  Howard Marc Spector_
              Howard Marc Spector