U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 21, 2009**                               **United States Bankruptcy Judge**

---

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062
(214) 855-9200 / (214) 965-0758 (fax)

```
           IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      DALLAS DIVISION
```

IN RE:

AMY GOLDBLATT HOWARD                           CASE NO. 09-35705-SGJ-13

DEBTOR(S)

### ORDER TRANSFERING VENUE

On 12/10/2009, came on for hearing the "Trustee's Motion to Transfer Venue" filed herein by the Office of the Standing Chapter 13 Trustee.  Upon review of the case file, voluntary petition and bankruptcy schedules this Court is of the opionion that proper venue of this case lies in the Eastern District of Texas.

**IT IS THEREFORE ORDERED** that pursuant to 18 U.S.C. section 1412 and Bankruptcy Rule 1014 venue of this Chapter 13 Case is transferred to the Eastern District of Texas, Sherman Division.

### End of Order ###

/s/Thomas D. Powers
Trustee/Attorney for Trustee