U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed January 22, 2010**                                      **United States Bankruptcy Judge**

---

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 341-0500

Attorney for PNC MORTGAGE, A DIVISION OF PNC BANK, N.A. SUCCESSOR TO NATIONAL CITY BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-35705-SGJ-13 |
| | § | |
| AMY GOLDBLATT HOWARD, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| PNC MORTGAGE, A DIVISION | § | |
| OF PNC BANK, N.A. | § | |
| SUCCESSOR TO NATIONAL CITY | § | |
| BANK ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
| Movant | § | HEARING DATE: 12/23/2009 |
| | § | |
| v. | § | TIME: 09:30 AM |
| | § | |
| JOHN H HOWARD, Co-Debtor; | § | |
| and THOMAS DWAIN POWERS, | § | |
| Trustee | § | |
| Respondents | § | JUDGE S. G. JERNIGAN |

## AGREED ORDER CONDITIONING AUTOMATIC STAY AS TO CO-DEBTOR

Came on for consideration the on the Motion For Relief from Stay filed by PNC MORTGAGE, A DIVISION OF PNC BANK, N.A. SUCCESSOR TO NATIONAL CITY BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered cause.  The Court, having considered said Motion and the agreement of Counsel, is of the opinion that the following Agreed Order should be entered.  It is therefore, **ORDERED, ADJUDGED, AND DECREED** that:

The Co-Debtor Stay provided by 11 U.S.C. §1301 shall terminate upon the termination of the Automatic Stay provided by 11 U.S.C. §362 with respect to the collateral described as follows:

> LOT 17, BLOCK B OF THE REPLAT OF VILLAGES OF STONEBRIAR PARK, AN ADDITION TO THE CITY OF FRISCO, COLLIN COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME M, PAGE 390, MAP RECORDS, COLLIN COUNTY, TEXAS.

### END OF ORDER ###

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY:   /s/ KADRA ALEXANDER

| KADRA ALEXANDER | HOWARD MARC SPECTOR |
| --- | --- |
| TX NO. 24040405 | 12770 COIT ROAD, STE 1100 |
| 15000 SURVEYOR BLVD. SUITE 100 | DALLAS, TX  75240 |
| ADDISON, TX 75001 | |
| Telephone: (972) 341-0500 | ATTORNEY FOR DEBTOR |
| Facsimile: (972) 661-7725 | |
| E-mail:  NDECF@BBWCDF.COM | |
| ATTORNEY FOR MOVANT | |

BY: /s/ KADRA ALEXANDER
KADRA ALEXANDER
TX NO. 24040405
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

HOWARD MARC SPECTOR
12770 COIT ROAD, STE 1100
DALLAS, TX 75240

ATTORNEY FOR DEBTOR